**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00624-CV

### IN RE REDDIE HOUSTON, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81813-06**

## ORDER

Based on the Court's opinion of the date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     LANA MYERS
        JUSTICE